BRYAN SCHRODER
United States Attorney

ADAM ALEXANDER
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: adam.alexander@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALLYSIA SANH THAMPITHAK,<br><br>Defendant. | No. 3:20-cr-00091-SLG-DMS<br><br>COUNT 1: AIDING AND ASSISTANCE IN THE PREPARATION AND PRESENTATION OF FALSE AND FRADULENT INDIVIDUAL INCOME TAX RETURNS CONTAINING FALSE DEDUCTIONS<br>  Vio. of 26 U.S.C. § 7206(2) |

**I N F O R M A T I O N**

The United States charges that on or about the dates hereinafter set forth, in the District of Alaska, the defendant, ALLYSIA SANH THAMPITHAK, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of 102 U.S. Individual Income Tax Returns, Form 1040, either individual or joint, for tax payers in the calendar years 2016 through 2018.

The returns were false and fraudulent as to material matters, in that they represented that the taxpayers were entitled under the provisions of the Internal Revenue laws to claim deductions or credits for items and in amounts hereinafter specified, whereas, as the defendant then and there knew, the taxpayers were not entitled to claim deductions or credits in the claimed amounts. The total intended tax loss resulting from the 102 false and fraudulent tax returns willfully prepared by the Defendant was $311,041.

All of which is in violation of Title 26, United States Code, Section 7206(2).

*s/ Adam Alexander*
ADAM ALEXANDER
Assistant U.S. Attorney
United States of America


*s/ Bryan Schroder*
BRYAN SCHRODER
United States Attorney
United States of America

DATED: September 21, 2020