**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALLYSIA SANH THAMPITHAK,<br><br>Defendant. | Case No. 3:20-cr-00091-SLG-DMS-1 |

**ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY**

A plea agreement was filed in this case at Docket 20. Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, the matter was referred to the Honorable Magistrate Judge Deborah M. Smith by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the magistrate judge at which Ms. Thampithak entered a guilty plea to Count 1 of the Felony Information, which is a violation of 26 U.S.C. § 7206(2), Aiding or Advising False Income Tax Returns.

Judge Smith issued a Final Report and Recommendation at Docket 25, in which she recommended that the District Court accept Defendant's plea of guilty to Count 1 of the Indictment. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's plea of guilty to Count 1 of the Felony Information – 26 U.S.C. § 7206(2), Aiding or Advising False Income Tax Returns, and Defendant is adjudged GUILTY of Count 1. The Final Pretrial Conference scheduled for November 19, 2020 and the Trial by Jury scheduled for November 30, 2020 are each VACATED.

DATED this 29th day of October, 2020 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:20-cr-00091-SLG-DMS, *USA v. Thampithak*
Order re Final Report and Recommendation
Page 2 of 2
Case 3:20-cr-00091-SLG-DMS   Document 26   Filed 10/29/20   Page 2 of 2